# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: **1:13-cr-169-EJL** |
| Plaintiff. | |
| vs. | **N O T I C E** |
| **MICHAEL BRIAN CLAIR** | |
| Defendant(s). | |

TAKE NOTICE that in the above-entitled case **Arraignment and Plea Hearing** is set for **July 15, 2013 at 1:00 p.m.** in the United States Courthouse, 550 West Fort Street, Fifth Floor, Boise, Idaho, before U.S. Judge Edward J. Lodge.

DATED: June 28, 2013

ELIZABETH A. SMITH
CLERK OF THE COURT

By: *[signature]*
Deputy Clerk

cc:  U.S. Marshal          James M. Peters
     U.S. Probation        Assist. U.S. Attorney

                           Jeffrey McKinnie
                           Defense Counsel