<u>**CRIMINAL PROCEEDINGS**</u> **- Arraignment/Waiver of Indictment and Entry of Plea**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge:  Edward J. Lodge          Date:   07/15/2013
Deputy Clerk:  Anne Lawron       Case No.  1:13CR00169S-EJL
Reporter:  Lisa Yant             Time:  35 min
                                 Location: Boise

**UNITED STATES OF AMERICA vs MICHAEL BRIAN CLAIR**
         Counsel for   United States: AUSA James Peters
                       Defendant:     Jeffrey McKinnie
                       Interpreter:   N/A
                       Probation Officer:   N/A

(X ) Defendant - Sworn
(X ) Defendant advised of charges, maximum penalties
(X ) Waiver of Indictment entered
(X ) Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and attorney's advise.
(X ) At the request of the Court, Counsel for the Government stated for the record the elements and evidence of the charge. The defendant understands the maximum penalties and elements of the charge and agree with the prosecutor's statement.
(X ) Defendant's Constitutional Rights explained.
(X ) Defendant understands and waives the reading of the Plea Agreement.
(X ) Defendant and counsel advise the change of plea is knowledgeable and voluntary, have discussed potential defenses and understand the rights which are being giving up and enter a plea of guilty to the information charging Sexual Exploitation of Children and forfeiture.
(X ) **Plea accepted.  Sentencing set before Judge Edward J. Lodge:** 10/07/2013 at 10:30AM
      Court ordered a presentence investigation report.
            Original report to Counsel:   09/02/2013
            Notification of Objections:   09/16/2013
            Final Report Due:  09/30/2013
      Any sentencing memorandum must be filed no later than five (5) working days prior to the sentencing hearing.
(X ) Defendant remanded to the custody of the USMS.
(  ) Defendants released OR.  Order of release entered.
(  ) ORAL MOTION to retain the bail reports – GRANTED.  Counsel advised to return them to probation at the conclusion of the case.
(X ) ORAL MOTION of the defense to withdraw following this hearing.  Financial affidavit provided to the Court.  The Court takes the motion under advisement.  A written motion is forthcoming.  The defendant advises he agrees with all the matters taking place today.  Mr. McKinnie advises he has been terminated by his client.