AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____IDAHO_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MICHAEL BRIAN CLAIR | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: CR 13-00169-S-EJL |

I, __Michael Brian Clair_____, the above named defendant, who is accused of

Sexual Exploitation of Children Production of Sexually Explicit Images of a Minor, in violation of Title 18, United States Code, Section 2251(a) and Criminal Forfeiture Allegation, in violation of Title 18, United States Code, Section 2253

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___July 15, 2013___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge