1UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL BRIAN CLAIR,<br><br>          Defendant. | Case No. 1:13-cr-169-EJL<br><br>**ORDER APPOINTING CJA COUNSEL** |

The above-named Defendant has testified under oath or has otherwise satisfied the Court that he is financially unable to employ counsel and does not wish to waive counsel. Therefore, pursuant to Order (Dkt. 9) and because the interests of justice so require,

IT IS HEREBY ORDERED that Kenneth F Stringfield, CJA attorney for the District of Idaho, is appointed to represent Michael Brian Clair in these proceedings

DATED:  **July 17, 2013**

_(signature)_

Honorable Edward J. Lodge
U. S. District Judge