WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
ANTHONY G. HALL, IDAHO STATE BAR NO. 2951
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
EMAIL: Anthony.Hall@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL BRIAN CLAIR,<br><br>   Defendant. | Case No. CR-13-169-S-EJL<br><br>**MOTION FOR PRELIMINARY ORDER OF FORFEITURE** |

COMES NOW the United States of America, by and through Anthony G. Hall, Assistant United States Attorney for the District of Idaho, and based upon the Rule 11 Plea Agreement of MICHAEL BRIAN CLAIR (ECF No. 2 - filed June 27, 2013) in the above case, hereby requests that this Court now enter a Preliminary Order of Forfeiture as to the subject property:

**Subject Property:**

1. An iPhone 4, serial number 6112606HA4S;

2. An Acer Aspire 5920 ZD1 Laptop computer, serial number

LXAKV0X3797461211E2500; and

3. A Hitachi 160 GB hard drive, serial number 071113BB0C00WGH5HEGC.

The Court's jurisdiction in this matter is founded upon 18 U.S.C. § 2253, which provides that with respect to any person convicted of a violation of 18 U.S.C. § 2251, such person:

> [S]hall forfeit to the United States such person's interest in - any visual depiction, or book, magazine, periodical, file, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped and received in violation of this chapter...[and] any property...used or intended to be used to commit or to promote the commission of such offense.

Upon issuance by the Court of an order of forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the above-described property and will publish notice for thirty (30) consecutive days on www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property in such manner as directed by law.

WHEREFORE, the United States respectfully requests that this Court enter judgment of criminal forfeiture pursuant to the Plea Agreement, and the authority above stated, by issuing the Preliminary Order of Forfeiture, forfeiting to the United States of America the interest of the above-captioned defendant in the property described above and set out in the Forfeiture Allegation of the Information.

It is further requested that this Court order the United States Attorney General (or a designee) to immediately seize the above-described property and subsequently dispose of the forfeited property upon completion of the notice requirements in accordance with the law.

It is further requested that the United States be authorized, pursuant to Fed. R. Crim. P. 32(b)(3) and 32.2(c)(1)(B), to conduct any discovery, including depositions, necessary to (1) identify, locate or dispose of the property ordered forfeited herein, any property traceable thereto,

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 2

or any property that may be forfeited as substitute assets; and (2) to expedite ancillary proceedings related to any third party interests claimed pursuant to Section 853(n) herein.   Such discovery shall be in accordance with the Federal Rules of Civil Procedure.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall be and hereby is final as to the defendant and shall be made part of the sentence and included in the judgment at the time of sentencing.

A proposed Preliminary Order of Forfeiture is being submitted to the Court via email.

DATED this 9th day of August, 2013.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:


  /s/
ANTHONY G. HALL
ASSISTANT UNITED STATES ATTORNEY

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2013, the foregoing Motion for Preliminary Order of Forfeiture was electronically filed with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Kenneth F. Stringfield
    Attorney for Defendant
    kstringfieldlaw@gmail.com

      /s/
    Julie Christine