WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
ANTHONY G. HALL, IDAHO STATE BAR NO. 2951
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
EMAIL: Anthony.Hall@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-13-169-S-EJL |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR FINAL ORDER OF FORFEITURE** |
| MICHAEL BRIAN CLAIR, | |
| Defendant. | |

Plaintiff, United States of America, hereby requests entry of a final order of forfeiture, pursuant to Rule 32.2(c), Federal Rules of Criminal Procedure, 18 U.S.C. § 2253, and based upon the following:

1. On August 9, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 12) based upon the Rule 11 Plea Agreement (ECF No. 2 – filed June 27, 2013), forfeiting the defendant MICHAEL BRIAN CLAIR's interest in the property described in said Preliminary Order;

MOTION FOR FINAL ORDER OF FORFEITURE - 1

2. The United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov), beginning August 13, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as required by Rule 32.2(b)(6)(C) of the Federal Criminal Rules of Procedure;

3. No claim has been filed as to the property listed below, and the United States requests that the property, being subject to forfeiture, now be condemned and finally forfeited, with title vested in the United States of America and with no claim of interest in said property existing in any other person or entity.

4. The property to be forfeited is described as follows:

**Subject Property:**

a. An iPhone 4, serial number 6112606HA4S;

b. An Acer Aspire 5920 ZD1 Laptop computer, serial number LXAKV0X3797461211E2500; and

c. A Hitachi 160 GB hard drive, serial number 071113BB0C00WGH5HEGC.

A proposed order is being submitted to the Court via email.

Respectfully submitted this 22nd day of October, 2013.

                    WENDY J. OLSON
                    UNITED STATES ATTORNEY
                    By:

                    /s/
                    ANTHONY G. HALL
                    Assistant United States Attorney

MOTION FOR FINAL ORDER OF FORFEITURE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2013, the foregoing **MOTION FOR FINAL ORDER OF FORFEITURE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

    Kenneth F. Stringfield
    Attorney for Defendant
    kstringfieldlaw@gmail.com

                                                   /s/
                                                Julie Christine