UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL BRIAN CLAIR,<br><br>　　　　　Defendant. | Case No. CR-13-169-S-EJL<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　WHEREAS, on August 9, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 12) pursuant to the provisions of 18 U.S.C. § 2253 and based upon the Rule 11 Plea Agreement (ECF No. 2) entered into in the above case between MICHAEL BRIAN CLAIR and the United States on June 27, 2013, forfeiting the properties described in the Forfeiture Allegation of the Information and as set out in the Preliminary Order;

　　　　WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture

Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 22) is GRANTED. The Court further directs the United States Department of Homeland Security (or a designee) to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**Subject Property:**

1. An iPhone 4, serial number 6112606HA4S;

2. An Acer Aspire 5920 ZD1 Laptop computer, serial number LXAKV0X3797461211E2500; and

3. A Hitachi 160 GB hard drive, serial number 071113BB0C00WGH5HEGC.

FINAL ORDER OF FORFEITURE - 2

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: October 22, 2013

_____
Edward J. Lodge
United States District Judge

FINAL ORDER OF FORFEITURE - 3