UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 8:05-CR-12-T-27MSS

MICHAEL L. JOHNSON

_____/

### ORDER

**BEFORE THE COURT** is Defendant's Motion of Inquiry of the Substantial Assistance Provided by the Defendant (Dkt. 80). The United States is directed to respond to the motion within twenty (20 days).

**DONE AND ORDERED** this 5th day of December, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Defendant, Counsel of Record