UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-00169-EJL |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL CLAIR, | |
| Defendant. | |

Before the Court is Defendant's Motion of Inquiry of the Substantial Assistance Provided by Defendant (Dkt. 25) and Motion to Supplement (Dkt. 24). Having reviewed the Motions and finding good cause, the Court **GRANTS** the Motions.

1. The Motion to Supplement (Dkt. 24) is **GRANTED**, and the Court has considered the document attached thereto;

2. The Motion of Inquiry of the Substantial Assistance Provided by Defendant (Dkt. 25) is **GRANTED**. The Government is directed to respond to Defendant's Motion by February 17, 2017. DATED:

January 23, 2017

Edward J. Lodge
United States District Judge