UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BRIAN CLAIR,<br><br>　　　　Defendant. | Case No. 1:13-CR-00169-EJL<br><br>**ORDER** |

　　　　Before the Court in the above-entitled matter is Defendant Michael Clair's Motion to Reply and request for an evidentiary hearing. (Dkt. 29.) The Motion asks that the Court hold an evidentiary hearing to consider the substantial assistance provided by the Defendant to the Government in this case. Defendant alleges the Government has provided inaccurate facts concerning his substantial assistance and failed to consider his substantial assistance in good faith. Having reviewed the filings made concerning this question including the Defendant's Motion and Reply, the Government's response, and the entire record herein, the Court denies the Defendant's Motion.

ORDER - 1

For the reasons stated in the Government's response, the Defendant's substantial assistance was considered and evaluated by the Government at the time of sentencing. (Dkt. 28.) There is no indication that the Government made any promises or was otherwise obligated or required to file a motion for reduction of sentence under either Rule 35 or § 5K1.1. Moreover, the Court cannot order the Government to file either of those motions. As such, the Court finds there is no basis shown for granting an evidentiary hearing.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion (Dkt. 29) is **DENIED.**

DATED: July 21, 2017

Edward J. Lodge
United States District Judge

ORDER - 2